UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EDWARD VAN HORN, 49115-019,

                    Plaintiff,                    CIVIL ACTION NO. 12-11880

          v.                                      DISTRICT JUDGE GEORGE CARAM STEEH

JAMES S. WALTON,                                  MAGISTRATE JUDGE MARK A. RANDON
C. GOMEZ,
FEDERAL BUREAU OF PRISONS,
BARDSLY,

                    Defendants.
_____/


**ORDER DENYING AS MOOT PLAINTIFF'S RENEWED MOTION TO RECEIVE
COURT ORDERED DOCUMENTS FILED WITH THIS COURT AND EXTEND TIME
TO FILE APPEALS IF NECESSARY (DKT. NO. 31)**

          This matter is before the Court on Plaintiff's "Renewed Motion to Receive Court Ordered

Documents Filed with this Court and Extend Time to File Appeals if Necessary."  (Dkt. No. 31).

Plaintiff says that on August 23, 2012, this Magistrate Judge indicated that the Court would

provide him copies of the pertinent documents filed in this case, but he has not received any

documents as of September 11, 2012.

          The Court mailed the documents to Plaintiff on September 11, 2012 – the same day

Plaintiff wrote his motion.  Accordingly, Plaintiff's motion is **DENIED AS MOOT**.

          **IT IS ORDERED**.

                                        s/Mark A. Randon_____
                                        Mark A. Randon
                                        United States Magistrate Judge

Dated: September 25, 2012

<u>Certificate of Service</u>

*I hereby certify that a copy of the foregoing document was mailed to the parties of record on this date, September 25, 2012, by electronic and/or ordinary mail.*

*s/Melody Miles*
*Case Manager*