UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EDWARD VAN HORN, #49115-019,

       Plaintiff,                      CIVIL ACTION NO. 12-11880

       v.                              DISTRICT JUDGE GEORGE CARAM STEEH

JAMES S. WALTON,                  MAGISTRATE JUDGE MARK A. RANDON
C. GOMEZ, FEDERAL BUREAU
OF PRISONS, and BARDSLY,

       Defendants.
_____/

## REPORT AND RECOMMENDATION TO DISMISS DEFENDANT FEDERAL BUREAU OF PRISONS

On September 26, 2012, Plaintiff filed a Motion to Strike Defendants Ex Parte Motion. (Dkt. No. 39). In that motion, Plaintiff says, "I had notified the Court that an error was made by the Court, by adding the Federal Bureau of Prisons in my action." (Dkt. No. 39 at ¶6).

Therefore, this Magistrate Judge **RECOMMENDS** that Defendant Federal Bureau of Prisons be **DISMISSED**.

The parties to this action may object to and seek review of this Report and Recommendation, but are required to act within fourteen (14) days of service of a copy hereof as provided for in 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b)(2). Failure to file specific objections constitutes a waiver of any further right of appeal. *See Thomas v. Arn*, 474 U.S. 140 (1985); *Howard v. Sec'y of Health & Human Servs.*, 932 F.2d 505, 508 (6th Cir. 1991); *United States v. Walters*, 638 F.2d 947, 949-50 (6th Cir. 1981). The filing of objections which raise

-1-

some issues, but fail to raise others with specificity, will not preserve all the objections a party might have to this Report and Recommendation. *See Willis v. Sec'y of Health & Human Servs.*, 931 F.2d 390, 401 (6th Cir. 1991); *Smith v. Detroit Fed'n of Teachers Local 231*, 829 F.2d 1370, 1373 (6th Cir. 1987). Pursuant to E.D. Mich. LR 72.1(d)(2), a copy of any objections is to be served upon this Magistrate Judge.

Within fourteen (14) days of service of any objecting party's timely filed objections, the opposing party may file a response. The response shall be no more than 20 pages in length unless, by motion and order, the page limit is extended by the court. The response shall address each issue contained within the objections specifically and in the same order raised.

                                                   s/Mark A. Randon
                                                   Mark A. Randon
                                                   United States Magistrate Judge

Dated: October 12, 2012

*Certificate of Service*

*I hereby certify that a copy of the foregoing document was mailed to the parties of record on this date, October 12, 2012, by electronic and/or ordinary mail.*

                                                   *s/Melody Miles*
                                                   *Case Manager*