UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EDWARD VAN HORN, #49115-019,

    Plaintiff,                           CIVIL ACTION NO. 12-11880

    v.                                DISTRICT JUDGE GEORGE CARAM STEEH

JAMES S. WALTON,                MAGISTRATE JUDGE MARK A. RANDON
C. GOMEZ, FEDERAL BUREAU OF
PRISONS and BARDSLY,

    Defendants.
_____/

## ORDER WITHDRAWING PLAINTIFF'S
## MOTION TO STRIKE DEFENDANTS EX PARTE MOTION

On July 26, 2012, Defendants filed an Ex Parte Motion for Permission to file an Exhibit Under Seal. (Dkt. No. 19). Defendants indicated that they intended to file a motion to dismiss, and asked the Court for permission to file one exhibit under seal. On July 30, 2012, Defendants filed their Motion to Dismiss. (Dkt. No. 20).

This matter is before the Court on Plaintiff's Motion to Strike Defendants Ex Parte Motion. (Dkt. No. 39). Plaintiff says defense counsel did not file an appearance, and the case is not ripe for a Motion to Dismiss.

On October 3, 2012, Plaintiff filed a letter stating he is withdrawing his motion to strike. (Dkt. No. 42). Accordingly, Plaintiff's motion is **WITHDRAWN**.

    **IT IS ORDERED**.

                                       s/Mark A. Randon
                                       Mark A. Randon
                                       United States Magistrate Judge

Dated: October 12, 2012

-2-

## *Certificate of Service*

*I hereby certify that a copy of the foregoing document was mailed to the parties of record on this date, October 12, 2012, by electronic and/or ordinary mail.*

>                               *s/Melody Miles*
>                               *Case Manager*