UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EDWARD VAN HORN,

       Plaintiff,                            CIVIL ACTION NO. 12-11880

      v.                                    DISTRICT JUDGE GEORGE CARAM STEEH

JAMES S. WALTON,                         MAGISTRATE JUDGE MARK A. RANDON
C. GOMEZ,
FEDERAL BUREAU OF PRISONS,
BARDSLY,

       Defendants.
_____/

## ORDER DENYING AS MOOT PLAINTIFF'S
## MOTION FOR JURY TRIAL

On September 4, 2012, Plaintiff filed a Motion for Jury Trial pursuant to Fed. R. Civ. P. 38. (Dkt. No. 29). Rule 38(b) says:

Demand. On any issue triable of right by a jury, a party may demand a jury trial by:

(1)    serving the other parties with a written demand - which may be included in a pleading - no later than 14 days after the last pleading directed to the issue is served; and

(2)    filing the demand in accordance with Rule 5(d).

Plaintiff filed his Complaint on April 26, 2012. (Dkt. No. 1). His Complaint included a jury demand in compliance with Rule 38. Accordingly, Plaintiff's Motion is **DENIED AS MOOT**.

-1-

**IT IS ORDERED**.

                                      s/Mark A. Randon
                                      Mark A. Randon
                                      United States Magistrate Judge

Dated: November 30, 2012

*Certificate of Service*

*I hereby certify that a copy of the foregoing document was mailed to the parties of record on this date, November 30, 2012, by electronic and/or ordinary mail.*

                                      *s/Melody Miles*
                                      *Case Manager*